**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Western__ District of __Texas__
(State)

Case number (*if known*): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | PLF Shoreview Mezz LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 87 – 3851270 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9050 N. Capital of Texas Hwy. | |
| Number     Street | Number     Street |
| Bldg. 3 Suite 320 | |
| | P.O. Box |
| Austin          TX     78759 | |
| City            State    ZIP Code | City          State    ZIP Code |
| | |
| Travis County | **Location of principal assets, if different from principal place of business** |
| County | 1161 3rd Ave. East |
| | Number     Street |
| | |
| | Bradenton       FL     34208 |
| | City          State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| Debtor | PLF Shoreview Mezz LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                              MM / DD / YYYY

        District _____ When _____ Case number _____
                                              MM / DD / YYYY

---

Debtor     PLF Shoreview Mezz LLC _____     Case number (if known)_____
           Name

| | | |
|---|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No | Shoreview Holding LLC, PLF Shoreview LLC, MDW Shoreview LLC, Shoreview Apartments LLC, |
| | ☒ Yes.  Debtor | MDW Shoreview Mezz LLC _____ Relationship **Affiliates** _____ |
| List all cases. If more than 1, attach a separate list. | District | Western District of Texas _____ When 4/24/25 |
| | | MM / DD / YYYY |
| | Case number, if known _____ | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____

                          Number        Street

_____

_____  _____

City                                        State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

           Contact name     _____

           Phone             _____

---

█ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor    PLF Shoreview Mezz LLC _____    Case number (if known)_____
          Name

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/24/2025
             MM / DD / YYYY

X _____          Monte Lee-Wen
Signature of authorized representative of debtor    Printed name

Title  Manager _____

**18. Signature of attorney**

X  s/ Stephen J. Humeniuk _____          Date    04/24/2025
Signature of attorney for debtor                            MM  / DD / YYYY

Stephen J. Humeniuk _____
Printed name
Troutman Pepper Locke LLP _____
Firm name
300 Colorado Street, Suite 2100 _____
Number      Street
Austin _____          TX        78701 _____
City                                     State     ZIP Code

512-305-4838 _____          stephen.humeniuk@troutman.com
Contact phone                          Email address

24087770 _____          TX _____
Bar number                             State

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE RESPECTIVE GOVERNING BODIES
## OF THE UNDERSIGNED ENTITIES

### April 23, 2025

Effective as of the date written above, the undersigned, being all of the members and managers (each a "Governing Body" and collectively, the "Governing Bodies") of each of the limited liability companies identified on **Attachment 1** hereto (each a "Company" and collectively, the "Companies") hereby take the following actions and adopt the following resolutions by unanimous written consent without the necessity of a formal meeting, pursuant to each Company's bylaws, limited liability company agreement, or other governing documentation (the "Organizational Documents") as applicable, and the laws of the State of Delaware:

**WHEREAS**, the Governing Bodies have considered presentations by the management and the financial and legal advisors of the Companies regarding the liabilities and liquidity situation of the Companies, the strategic alternatives available to the Companies and the effect of the foregoing on the Companies' business; and

**WHEREAS**, the Governing Bodies have consulted with the management and the legal advisors of the Companies and have fully considered each of the strategic alternatives available to the Companies.

**NOW, THEREFORE, BE IT,**

**Chapter 11 Filing**

**RESOLVED,** that in the judgment of the Governing Bodies, it is desirable and in the best interests of the Companies, their creditors and other parties in interest, that the Companies shall be, and hereby are, authorized to file or cause to be filed voluntary petitions for relief (the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Texas (the "Bankruptcy Court"); and it is further

**RESOLVED,** that Monte K. Lee-Wen, in his capacity as manager of the Companies, or such other person as the Governing Bodies shall authorize (each an "Authorized Officer" and together the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and hereby are, authorized, empowered and directed to execute and file on behalf of the Companies all petitions, schedules, lists and other motions, papers, or documents, to verify any of the foregoing, and, in consultation with the members and Independent Manager as provided for in the Organizational Documents, is authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Companies, to take and perform any and all further acts and deeds that the Authorized Officers deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Companies' business and any action as may be required from time to time to manage the Chapter 11 Cases; and it is further

**RESOLVED**, that in connection with the commencement of the Cases, the Authorized Officers be and hereby are, authorized and empowered on behalf of, and in the name of, the Companies, to negotiate, execute and deliver a cash collateral agreement and/or debtor-in-possession loan facility and the related guarantees thereto (including, in connection therewith, such notes, security agreements, and other agreements or instruments as such officers consider appropriate) on the terms and conditions such officer or officers executing the same may consider necessary, proper or desirable, including with respect to adequate assurance obligations, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Companies and any affiliates; and it is further

**Retention of Professionals**

**RESOLVED,** that each of the Authorized Officers be, and hereby is, authorized and directed to continue to employ and seek to engage in the Chapter 11 Cases the law firm of Troutman Pepper Locke LLP ("Troutman Pepper Locke") as general bankruptcy counsel to represent and assist the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Companies' rights and obligations, including filing any pleadings; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay and arrange for appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Troutman Pepper Locke; and it is further

**RESOLVED,** that each of the Authorized Officers be, and hereby is, authorized and directed to employ any other professionals to assist the Companies in carrying out their duties under the Bankruptcy Code and seek authority for such engagements before the Bankruptcy Court; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED,** that each of the Authorized Officers be, and hereby is, authorized to refinance the Companies' debts, or sell or otherwise enter into a strategic transaction with respect to substantially all of the Companies' assets (the "Proposed Transaction"), including seeking approval of bidding procedures, identifying a "stalking horse" bidder, if appropriate, and entering into transaction documents to consummate such Proposed Transaction; and in connection with any Proposed Transaction, the Company has previously installed and hereby ratifies Monte K. Lee-Wen with the authority to execute and consummate the agreements necessary to effectuate the contemplated Proposed Transaction; and it is further

**RESOLVED,** that each of the Authorized Officers be, and hereby is, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Companies' Chapter 11 Cases, with a view to the successful prosecution of the case; and it is further

**General**

**RESOLVED,** that, in addition to the specific authorizations heretofore conferred upon each Authorized Officer, each Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Companies, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer's (or his designees' or delegates') judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED,** that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Companies, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Companies with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the respective Governing Bodies of the Companies; and it is further

**RESOLVED,** that each Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered to take all actions, or to not take any action in the name of the Companies, with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's reasonable business judgment, as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

This Consent may be executed in as many counterparts as may be required; all counterparts shall collectively constitute one and the same Consent.

[*Signature Pages Follow Below*]

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**SHOREVIEW HOLIDNG LLC**

_____

Shoreview Apartments LLC, as sole member of Shoreview Holding LLC
Monte K. Lee-Wen, as manager of Shoreview Apartments LLC

_____

C. Anthony Shippam, as sole independent manager of Shoreview Holding LLC

4

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**SHOREVIEW HOLIDNG LLC**

Shoreview Apartments LLC, as sole member of Shoreview Holding LLC
Monte K. Lee-Wen, as manager of Shoreview Apartments LLC

C. Anthony Shippam, as sole independent manager of Shoreview Holding LLC

4

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**PLF SHOREVIEW LLC**

PLF Shoreview Mezz LLC, as sole member of PLF Shoreview LLC
Monte K. Lee-Wen, as manager of PLF Shoreview Mezz LLC

C. Anthony Shippam, as sole independent manager of PLF Shoreview LLC

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**PLF SHOREVIEW LLC**

_____

PLF Shoreview Mezz LLC, as sole member of PLF Shoreview LLC
Monte K. Lee-Wen, as manager of PLF Shoreview Mezz LLC

_____

C. Anthony Shippam, as sole independent manager of PLF Shoreview LLC

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**MDW SHOREVIEW LLC**

MDW Shoreview Mezz LLC, as sole member of MDW Shoreview LLC
Monte K. Lee-Wen, as manager of MDW Shoreview Mezz LLC

C. Anthony Shippam, as sole independent manager of MDW Shoreview LLC

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**MDW SHOREVIEW LLC**

MDW Shoreview Mezz LLC, as sole member of MDW Shoreview LLC
Monte K. Lee-Wen, as manager of MDW Shoreview Mezz LLC

C. Anthony Shippam, as sole Independent manager of MDW Shoreview LLC

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**SHOREVIEW APARTMENTS LLC**

1161 Shoreview LLC, as sole member of Shoreview Apartments LLC
Monte K. Lee-Wen, as manager of 1161 Shoreview LLC

Monte K. Lee-Wen, as non-member manager of Shoreview Apartments LLC

C. Anthony Shippam, as sole independent manager of Shoreview Apartments LLC

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**SHOREVIEW APARTMENTS LLC**

_____
1161 Shoreview LLC, as sole member of Shoreview Apartments LLC
Monte K. Lee-Wen, as manager of 1161 Shoreview LLC

_____
Monte K. Lee-Wen, as non-member manager of Shoreview Apartments LLC

_____
C. Anthony Shippam, as sole independent manager of Shoreview Apartments LLC

7

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**PLF SHOREVIEW MEZZ LLC**

Monte K. Lee-Wen, as non-member manager
of PLF Shoreview Mezz LLC

C. Anthony Shippam, as sole independent
manager of PLF Shoreview LLC

Paul Feikema, as member of PLF Shoreview
Mezz LLC Monte K. Lee-Wen, as authorized
representative

Lauren Feikema, as member of PLF
Shoreview Mezz LLC
Monte K. Lee-Wen, as
authorized representative

8

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**PLF SHOREVIEW MEZZ LLC**

_____

Monte K. Lee-Wen, as non-member manager of PLF Shoreview Mezz LLC

_____

C. Anthony Shippam, as sole independent manager of PLF Shoreview LLC

_____

Paul Feikema, as member of PLF Shoreview Mezz LLC

_____

Lauren Feikema, as member of PLF Shoreview Mezz LLC

8

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**MDW SHOREVIEW MEZZ LLC**

_____
Monte K. Lee-Wen, as non-member manager
of MDW Shoreview Mezz LLC


_____
C. Anthony Shippam, as sole independent
manager of MDW Shoreview LLC


_____
Meisha Wilson, as member of MDW
Shoreview Mezz LLC

Monte K. Lee-Wen, as
authorized representative

9

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**MDW SHOREVIEW MEZZ LLC**

_____

Monte K. Lee-Wen, as non-member manager of MDW Shoreview Mezz LLC

_____

C. Anthony Shippam, as sole independent manager of MDW Shoreview LLC

_____

Meisha Wilson, as member of MDW Shoreview Mezz LLC

## ATTACHMENT 1

As used in this unanimous written consent, the word "Companies" is defined to include each of the following (with each of them being a "Company"):

Shoreview Holding LLC

PLF Shoreview LLC

MDW Shoreview LLC

Shoreview Apartments LLC

PLF Shoreview Mezz LLC

MDW Shoreview Mezz LLC

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PLF Shoreview Mezz, LLC | Case No. 25-_____ (___) |
| Debtor. | (Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Debtor PLF Shoreview Mezz, LLC (the "Debtor") hereby states as follows:

1.     Debtor is a Delaware limited liability company. No corporations or publicly held corporation own 10% or more of Debtor's membership interests.

2.     Debtor owns 100% of the equity interests in affiliated debtor PLF Shoreview, LLC.

| Fill in this information to identify the case: |
|---|

Debtor name    PLF Shoreview Mezz LLC

United States Bankruptcy Court for the:  ____Western____  District of ____Texas____
                                                                                      (State)

Case number (If known):    _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | N/A | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    PLF Shoreview Mezz LLC
          _____
          Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name _____ PLF Shoreview Mezz LLC _____

United States Bankruptcy Court for the: _____ Western _____ District of __ Texas __
                                                                    (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/24/2025__          ✗ _____
        MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                                         Monte Lee-Wen
                                         Printed name

                                         Manager
                                         Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PLF SHOREVIEW MEZZ LLC, et al.,[1] | Case No. 25- |
| Debtors. | (Joint Administration Requested) |

## VERIFICATION OF CREDITOR MATRIX

The undersigned hereby verifies that the attached list of creditors is true and correct to the

best of his knowledge.

Dated: April 24, 2025

_____

Monte Lee-Wen, Manager
Signer/Title

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Shoreview Holding, LLC (8428), PLF Shoreview, LLC (7602), MDW Shoreview, LLC (8649), Shoreview Apartments, LLC (8428), PLF Shoreview Mezz, LLC (1270), and MDW Shoreview Mezz, LLC (3408). The notice address for the Debtors is 1570 Indian Creek R., Marion, IA 52302.

Drane & Freyer Limited
Attn: Timothy M. Enright
200 West Madison Street Suite 2800
Chicago, IL 60606

Equity Yield Group
Attn: Ryan Webster
1570 Indian Creek Road
Marion, IA 52302

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 145595
MC 8420G
Cincinnati, OH 45250

Kelley Clarke PC
Attn: Dugan Kelley
603 East Broadway Street
Prosper, TX 75078

Ken Paxton
Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Lauren Feikema
8820 17th Avenue Circle NW
Bradenton, FL 34209

Margaret Leachman
United States Attorney's Office
903 San Jacinto Blvd. Suite 334
Austin, TX 78701

Meisha Wilson
1813 Manatee Avenue West
Bradenton, FL 34205

Office of General Counsel
Hipolito Garcia Federal Bldg
and Courthouse
615 E. Houston Street, Room 347
San Antonio, TX 78205

Paul Feikema
8820 17th Avenue Circle NW
Bradenton, FL 34209

Pearlmark
Attn: Mark Witt
200 West Madison Street Suite 2800
Chicago, IL 60606

Pearlmark
Attn: Douglas W. Lyons
200 West Madison Street Suite 2800
Chicago, IL 60606

Pearlmark
Attn: Loan Servicing
200 West Madison Street Suite 2800
Chicago, IL 60606

Texas Comptroller of Public Accounts
Revenue Acctg Division - Bankry Section
P.O. Box 13528 Capitol Station
Austin, TX 78711

Texas Department of Revenue
111 East 17th Street
Lyndon B. Johnson State Office Bldg
Austin, TX 78774

Texas Workforce Commission
TWC Bldg Regulatory Integrity Division
101 East 15th Street
Austin, TX 78778

Travis County Attorney's Office
Attn: County Attorney
P.O. Box 1748
Austin, TX 78767

United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

United States Department of Justice
All Divisions
U.S. Attorney Civil Process Clerk
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216